UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GURPREET SINGH, | No. 1:26-cv-01245-KES-CDB (HC) |
| Petitioner, | ORDER APPOINTING COUNSEL FOR PETITIONER |
| v. | |
| WARDEN OF THE CALIFORNIA CITY DETENTION FACILITY, *et al.*, | Clerk of the Court to Serve Federal Defender |
| Respondents. | |

Petitioner Gurpreet Singh is an immigration detainee proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 and a motion for temporary restraining order. Docs. 1, 6. On February 27, 2026, respondents filed a motion to dismiss. Doc. 8.

The Court has conducted a preliminary review of the petition and motion for temporary restraining order pursuant to Rule 4 of the Rules Governing Habeas Corpus Cases Under Section 2254.[1] In light of the complexity of the legal issues involved, the Court has determined that the interests of justice require the appointment of counsel for petitioner if petitioner is financially eligible. *See* 18 U.S.C. § 3006A(a)(2)(B); *see also Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir.

---

[1] Rule 1(b) of the Rules Governing Habeas Corpus Cases Under Section 2254 allows a district court to apply any or all of the rules to other types of habeas corpus petitions including § 2241 petitions.

1

1983).

Accordingly, it is HEREBY ORDERED that:

1. Counsel is APPOINTED for petitioner.

2. The Clerk of the Court shall serve a copy of this order on the Federal Defender, Attention: Habeas Appointment.

3. Within seven (7) days of the date of service of this order, the Federal Defender, as appointing authority for the Eastern District of California, SHALL:

    a. File a notice with the Court regarding whether petitioner is financially eligible for appointment of counsel pursuant to 18 U.S.C. § 3006A(a)(2)(B); and

    b. Identify counsel and send counsel's contact information to the undersigned's courtroom deputy Victoria Gonzales at vgonzales@caed.uscourts.gov, and counsel will be added as counsel for Petitioner; or

    c. If counsel is not with the Federal Defender nor a member of the Eastern District of California Criminal Justice Act Panel, file a motion to appoint counsel as CJA counsel *pro hac vice*.

IT IS SO ORDERED.

Dated:   March 1, 2026

                    UNITED STATES DISTRICT JUDGE

2